86 So.2d 846

Burrell Jackson ELLIS

v.

STATE.

8 Div. 861.

Supreme Court of Alabama.

April 12, 1956.

J. O. Sentell, Jr., Montgomery, for petitioner.

John Patterson, Atty. Gen., Robt. Straub, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Burrell Jackson Ellis for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Ellis v. State, 86 So.2d 842.

Petition dismissed.

SIMPSON, GOODWYN and MER-RILL, JJ., concur.